IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELTON LITTLEFIELD**                                                                **PLAINTIFF**

**v.**                            **Case No. 4:19-cv-00027-LPR**

**UNITED STATES OF AMERICA**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum of Decision filed on this date, it is considered, ordered, and adjudged that judgment is entered in FAVOR of Plaintiff Shelton Littlefield and AGAINST Defendant United States of America for damages in the amount of $72,000.

IT IS SO ADJUDGED this 6th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE